**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ANGEL PADUA GONZALEZ**,<br><br>    Plaintiff<br><br>      v.<br><br>**AT&T, ET AL.**,<br><br>    Defendants | Civil No. 14-1243(PG) |

**PARTIAL JUDGMENT**

In accordance with the Order of March 13, 2015 (Docket No. 52) the Court enters Partial Judgment pursuant to Fed. R. Civ. P. 54(b) as to defendants CaribEx Worldwide, Inc. and AT&T Mobility Puerto Rico, Inc. Hence, the claims against both co-defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, March 14, 2015.

                                        S/ JUAN M. PÉREZ-GIMÉNEZ
                                        JUAN M. PÉREZ-GIMÉNEZ
                                        SENIOR U.S. DISTRICT JUDGE