**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ANGEL PADUA-GONZALEZ,**<br><br>       Plaintiff,<br><br>            v.<br><br>**AT&T, CARIBEX WORLDWIDE, ANGEL RIJOS ORTIZ, FISCAL DE DISTRITO DE AGUADILLA,**<br><br>       Defendants. | CIV. NO. 14-1243(PG) |

**FINAL JUDGMENT**

   WHEREFORE, pursuant to the Order of even date, the court hereby **ORDERS and ADJUDGES** that the case be **DISMISSED WITH PREJUDICE.**

   **IT IS SO ORDERED AND ADJUDGED.**
   In San Juan, Puerto Rico, July 9, 2015.

                              S/ JUAN M. PÉREZ-GIMÉNEZ
                              JUAN M. PÉREZ-GIMÉNEZ
                              SENIOR U.S. DISTRICT JUDGE